**Maudo L. FOFANA, Petitioner–Appellant,**

·v.

**Neil CLARK, Respondent–Appellee.**

No. 08–35361.

United States Court of Appeals, Ninth Circuit.

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Maudo L. Fofana, Lynnwood, WA, pro se.

Michael Lang, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Respondent–Appellee.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Former federal prisoner Maudo L. Fofana appeals pro se from the district court's order denying his motion for relief under 28 U.S.C. § 2255. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The issue certified by the district court for appeal—whether an asylum application is an immigration document which falls under the purview of 18 U.S.C. § 1546(a)—was procedurally defaulted when Fofana did not raise the issue on direct appeal. Fofana has not demonstrated that he is entitled to excuse his procedural default of this issue. *See Bousley v. United States,* 523 U.S. 614, 622, 118 S.Ct. 1604, 140 L.Ed.2d 828 (1998). In particular, he failed to demonstrate either "actual, factual innocence" or cause and prejudice as a result of any deficient performance by appellate counsel. *See United States v. Ratigan,* 351 F.3d 957, 964–65 (9th Cir. 2003).

We construe Fofana's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.